# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:04CR271

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| NICHOLAS RAGIN, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion to Adopt Co-Defendant's Motions (Document #193) filed by the Defendant, Nicholas Ragin, on March 8, 2006. For the reasons stated in Mr. Ragin's motion, and particularly in the interest of judicial economy and convenience to the parties, the motion is hereby **ALLOWED**.

**IT IS THEREFORE ORDERED** that the Defendant, Nicholas Ragin, may adopt all motions filed by co-defendants in this matter as if those motions were filed on his behalf. As stated in Mr. Ragin's motion, this is subject to an exception when a particular motion is unique to an individual defendant or when Mr. Ragin expressly declines to adopt a particular motion of a co-defendant.

**SO ORDERED.**

Signed: March 13, 2006

David C. Keesler
United States Magistrate Judge