3:04CR271-7

June 25, 2006

Dear Judge Conrad,

    I am writing this letter on behalf of the unacceptable conduct I am recieving from my attorney Nakita Mackey. Since October of 2004 I have experienced nothing but conflict and frustration from Mr. Mackey. I tried two or three times already to have him removed from my case. This is my last attempt.

    To make this brief Mr. Mackey had all of A months to investigate and research my case before trial. Out of those A months I was offered two plea bargains, one of which I recieved but he never came back to discuss it with me like he said he would before the deadline. The other plea I never saw. I found out about it at an Inquiry Hearing and by then the deadline had passed on it also. I wrote a motion requesting my discovery material because he said that he wasn't gonna give it to me. The motion was written on Feb. 13, 2005. Judge Horn honored my motion and I recieved what I thought was all of my motion. I didn't find out until like the second week of trial that I hadn't recieved everything. He held on to material specifically about me and it was made available way before trial even started. That most definately is a Brady violation.

    Mr. Mackey advised me to go to trial. I don't know what the reason for that was because he certainly wasn't prepared when the time came. He was very clueless when certain witnesses got

Case 3:04-cr-00271-RJC-DCK    Document 298    Filed 07/12/06    Page 1 of 2

on the stand. Witnesses he was suppose to have questioned before the trial date even arrived. He even had the audacity to fall asleep "twice" during the trial. But for the most part I was really upset when he refused to let me testify. If you can remember I was going to testify in the beginning but there was a change in circumstances. The change was that Mr. Mackey wasn't going to ask me any questions once I got on the stand which wouldn't have left me any room to tell my side of the story. Plus he didn't contact any of my witnesses.

    Trial ended April 21, 2006 and I haven't heard a word from Mr. Mackey. He told me after the trial that he'd come see me after May 2, 2006 when the election was over. I requested my trial transcripts so I could go through it to see if I could find any errors and he still has yet to get in touch with me. My last contact attempt was on June 20, 2006 and his secretary told me that he would be over to see me that day. It is now June 25, 2006 and there still has been no sign of Mr. Mackey. If at all possible I would like Mr. Mackey off of my case and request new counsel for my sentencing hearing because I feel that Mr. Mackey is not capable of arguing the issues and preserving the facts that I need for my appeal.

                                      Thank You For Your Time
                                      #25181-9  Nicholas Ragin