IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr271

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | |
| | ) | ORDER |
| NICHOLAS RAGIN | ) | |

**THIS MATTER** is before the Court upon letter of the defendant pro se dated June 25, 2006, asking that his counsel be replaced. (Doc. No. 298).

The Court finds that the defendant's allegations about his counsel's performance fail to establish sufficient grounds to appoint substitute counsel. United States v. Mullen, 32 F.3d 891 (4th Cir. 1994).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: July 13, 2006

Robert J. Conrad, Jr.
Chief United States District Judge