# U.S. PROBATION OFFICE
## Western District of North Carolina

## Presentence Interview and Defendant Documentation

**Nicholas Ragin**  
Defendant

**3:04−cr−00271−RJC−DCK**  
Docket Number

Please note below if a presentence interview is requested.

*(Presentence interviews will not be conducted for Illegal Reentry cases nor for defendants who have previously had a federal presentence report completed.)*

☑ Yes, the defendant requests a presentence interview.

☐ No, the defendant does not want a presentence interview.

Within twenty−one (21) days following entry of a guilty plea or finding of guilt, you are required to complete and submit to the U.S. Probation Office the following forms:

- Authorization to Release Information
- Personal and Family History form
- Declaration of Defendant or Offender Net Worth & Cash Flow Statements
- Acceptance of Responsibility form

The above forms can be accessed from the NCW U.S. Probation's website at

> www.ncwp.uscourts.gov
> Presentence Investigation
> Presentence Documents and Forms
> Plea Forms

By signing below, defense counsel confirms the presentence interview preference and agrees to provide all four (4) forms to the U.S. Probation Office within twenty−one (21) days of a guilty plea or finding of guilt.

_[signature]_  
Signature of Defense Counsel

July 28, 2016  
Date