IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00271-RJC-DCK

| USA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NICHOLAS RAGIN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Count One, (Doc. No. 576), of the Superseding Indictment, (Doc. No. 88), pursuant to the plea agreement between the parties. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 576), is **GRANTED** and Count One of the Superseding Indictment, (Doc. No. 88), is **DISMISSED** without prejudice.

Signed: December 16, 2016

Robert J. Conrad, Jr.
United States District Judge