Subject was placed in USMS W/NC custody on May 17, 2016 at the Mecklenburg County jail.

KELLY M. NESBIT, USM

BY: Anne Loijas, DA

Subject was released from USMS W/NC custody on 1/17/2017 and was placed in BOP custody.

KELLY M. NESBIT, USM

BY: Anne Loijas, DA

**FILED
CHARLOTTE, NC**

JAN 18 2017

**US District Court
Western District of NC**

**IT IS FURTHER ORDERED** that the defendant's pro se Motion to Appoint Counsel, (Case No. 3:04-cr-488, Doc. No. 550), is **GRANTED** and the Federal Defenders of Western North Carolina shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

**FINALLY, IT IS FURTHER ORDERED** that the defendant's pro se Motion for Transcripts at Government Expense, (Case No. 3:04-cr-488, Doc. No. 551), is **MOOT**. Transcripts of prior proceedings are already part of the record, (see e.g., Case No. 3:04-cr-271, Doc. Nos. 395-407), and will be available to appointed counsel for trial preparation.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: May 5, 2016

*[signature]*

Robert J. Conrad, Jr.
United States District Judge

FILED
CHARLOTTE, NC

JAN 18 2017

US District Court
Western District of NC

2

Case 3:04-cr-00271-RJC   Document 553   Filed 05/05/16   Page 2 of 2
Case 3:04-cr-00271-RJC-DCK   Document 580   Filed 01/18/17   Page 2 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00271-RJC
3:10-CV-00488-RJC

RECEIVED
US MARSHALS SERVICE
2016 MAY -6 AM 11: 19
WESTERN NORTH CAROLINA

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NICHOLAS RAGIN ) | |
| ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for a new trial. (Case No. 3:04-cr-271, Doc. No. 548: Opinion and Judgment). With the issuance of the appellate court's Mandate on May 3, 2016, this matter is ripe for action.

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Nicholas Ragin (Reg. No. 19791-058) present in Charlotte, North Carolina forthwith, but not later than May 31, 2016 at 9:30 A.M. for a status conference in a courtroom to be designated in the Charles R. Jonas Federal Building. The case is set for trial during the June 6, 2016, term of Court, rendering the defendant's pro se Motion to Compel Trial, (Case No. 3:10-cv-488, Doc. No. 60), **MOOT**.

**IT IS FURTHER ORDERED** that the defendant's pro se Motion for Bail Pending Trial, (Case No. 3:04-cr-488, Doc. No. 549), is **DENIED**. The defendant has not presented evidence of a material change in circumstances to justify alteration of the Order of Detention, (Case No. 3:04-cr-271, Doc. No. 21).

1